IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:02cr110-MHT |
| | ) | (WO) |
| NEAUTHOR ROBINSON | ) | |

## ORDER

In accordance with the habeas opinion and judgment in *Robinson v. United States*, 1:16cv515 (M.D. Ala. Sept. 30, 2019), copies of which have been filed in this criminal case as docket numbers 115 and 116, it is ORDERED as follows:

(1) The judgment of conviction (doc. no. 104) in this criminal case is vacated.

(2) The clerk of the court is to make arrangements for the appointment of counsel for defendant Neauthor Robinson.

(3) Re-sentencing is set for October 16, 2019, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(4) By October 8, 2019, the parties are to file re-sentencing briefs.  By October 11, 2019, each party is to file a response to the other's brief.

DONE, this the 30th day of September, 2019.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**