IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )      CRIMINAL ACTION NO.
    v.                      )          1:02cr110-MHT
                            )              (WO)
NEAUTHOR ROBINSON           )
```

ORDER TERMINATING SUPERVISED RELEASE EARLY

This case is before the court on defendant Neauthor Robinson's petition for early termination of supervised release. A hearing was held on the petition on August 18, 2023.

Robinson has completed almost four years of his five-year term of supervised release. The probation office does not oppose his petition, reporting that Robinson has maintained "strict compliance with the conditions of supervised release," has maintained full-time employment at his own business as well as a second job at another business, and has demonstrated a "pattern of stability in his personal life." Probation's Response (Doc. 142). The government, while

not disputing Robinson's compliance, opposes the motion, urging the court to consider the violent nature of Robinson's original offenses.

The court has carefully considered the very serious nature of Robinson's convictions and does not take them lightly.  However, having reviewed the entire record, including not only Robinson's exemplary conduct during four years on supervised release, but also the evidence that, during his many years in federal prison, Robinson received <u>not one</u> disciplinary infraction, took full advantage of opportunities for rehabilitation, and was commended and given positions of authority supervising and teaching other inmates due to his excellent conduct, the court is convinced that Robinson no longer requires federal supervision, and has earned the opportunity to live on his own.

***

Accordingly, it is ORDERED that:

(1) The petition for early termination of supervised release (Doc. 138) is granted.

(2) Defendant Neauthor Robinson's term of supervised release is terminated effective immediately and he is discharged.

DONE, this the 21st day of August, 2023.

                                           /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**